UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>ANGELA CHAPAS<br>MARK CHAPAS SR<br>Debtor(s) | Case No. 08-25231 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2008.

2) The plan was confirmed on 11/20/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/09/2010, 12/23/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/22/2010, 09/20/2011.

5) The case was completed on 10/02/2012.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $38,753.00.

10) Amount of unsecured claims discharged without payment: $192,717.02.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,620.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$22,620.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,133.12 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,633.12** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN MARKETING/PUBLISHING | Unsecured | 375.65 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 13.21 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 115.84 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL 1 | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL C | Unsecured | 1,273.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 185.05 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 219.00 | 572.05 | 572.05 | 399.48 | 0.00 |
| COURAGE INTERNATIONAL | Unsecured | 225.86 | NA | NA | 0.00 | 0.00 |
| CTR PEDIATRIC GASTROENTEROLO | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DANBURY MINT | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 59.10 | 212.10 | 212.10 | 148.12 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,000.00 | 1,000.00 | 1,000.00 | 698.33 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 214.00 | 767.73 | 767.73 | 536.13 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 192.00 | 528.28 | 528.28 | 368.91 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 492.00 | 800.68 | 800.68 | 559.14 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 259.00 | 549.88 | 549.88 | 384.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| FANFARE | Unsecured | 449.50 | NA | NA | 0.00 | 0.00 |
| FBO PHOENIX WEB | Unsecured | NA | 250.00 | 250.00 | 174.58 | 0.00 |
| FEDERAL EXPRESS | Unsecured | 58.24 | NA | NA | 0.00 | 0.00 |
| FIRST DATA LEASING SOLUTIONS | Unsecured | 196.71 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY FAMILY PRACTICE | Unsecured | 533.32 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 367.63 | 367.63 | 256.73 | 0.00 |
| GUARDIAN ANESTHESIA | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HRM PROPERTIES | Unsecured | 17,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 500.00 | 1,940.38 | 1,940.38 | 1,940.38 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 284.90 | 284.90 | 198.95 | 0.00 |
| ILLINOIS UROLOGICAL INSTITUTE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 520.73 | 548.11 | 548.11 | 382.76 | 0.00 |
| JS PALUCH | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP LLC | Unsecured | 104.40 | 1,286.60 | 1,286.60 | 898.47 | 0.00 |
| LTD COMMODITIES INC | Unsecured | 28.96 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MARK & ALEXS TOYBOX | Unsecured | 5,507.77 | NA | NA | 0.00 | 0.00 |
| MASON SQUARE | Unsecured | 142,369.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 1,266.50 | NA | NA | 0.00 | 0.00 |
| MELISSA & DOUG | Unsecured | 2,094.26 | NA | NA | 0.00 | 0.00 |
| NEXTMEDIA OPERATING INC | Unsecured | 8,400.00 | 8,122.00 | 8,122.00 | 5,671.84 | 0.00 |
| NICOR GAS | Unsecured | 1,067.87 | NA | NA | 0.00 | 0.00 |
| PRAIRIE TIMES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 470.92 | 470.92 | 328.86 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 317.00 | 534.86 | 534.86 | 373.51 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 287.00 | 483.27 | 483.27 | 337.48 | 0.00 |
| RAPID ADVANCE | Unsecured | NA | 5,213.68 | 5,213.68 | 3,640.87 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 804.00 | 1,313.60 | 1,313.60 | 917.33 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 590.00 | 573.19 | 573.19 | 400.28 | 0.00 |
| RIAZ BABER MD | Unsecured | 692.70 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 4,730.05 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 1,133.00 | NA | NA | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT SI | Secured | NA | NA | NA | 0.00 | 0.00 |
| SOUMA DIAGNOSTICS LTD | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| SW DIGAST DIS CONSULTANTS | Unsecured | 357.86 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 419.82 | 434.87 | 434.87 | 303.68 | 0.00 |
| THINKFUN | Unsecured | 114.81 | NA | NA | 0.00 | 0.00 |
| UNITED SHOCKWAVE SRVS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 759.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OSWEGO | Unsecured | 18.94 | 96.01 | 96.01 | 67.05 | 0.00 |
| VYRIDIAN REVENUE MGMT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,940.38 | $1,940.38 | $0.00 |
| **TOTAL PRIORITY:** | **$1,940.38** | **$1,940.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,410.36** | **$17,046.50** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,633.12 |
| Disbursements to Creditors | $18,986.88 |
| **TOTAL DISBURSEMENTS :** | **$22,620.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/19/2012                           By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**